**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**BOYCE P. MELAH** **PLAINTIFF**

**VS.** **CIVIL ACTION NO: 1:20-CV-181-HSO-RPM**

**E-FIRE SOUTHERN, INC.** **DEFENDANT**

**JOINT MOTION TO STAY PROCEEDINGS**

Come now, Plaintiff and Defendant, and request this Court stay this action during which the parties will attend a scheduled settlement conference and continue their attempts to resolve this dispute without further judicial intervention. If the parties fail to reach an agreement at the end of the stay, they request that this Court issue a new scheduling order at that time to allow for the completion of discovery. Specifically, the parties move for entry of an Order:

1. Staying all proceedings for 45 days from the entry of the Order; and

2. Providing that a new scheduling order will be issued if the parties are unable to resolve the matter and the stay is lifted, with a minimum of 60 days to complete discovery.

3. The parties further represent that this Motion is not interposed for purposes of delay, but rather to conserve the Court's and the parties' resources. The parties request leave not to submit a memorandum brief due to the agreed nature of the motion and the relatively simple relief requested.

Jointly submitted, this the 16th day of February, 2021.

/s/ *Ashley Eley Cannady*
Ashley Eley Cannady (MS Bar#101253)
Armin J. Moeller, Jr. (MS Bar#3399)
BALCH & BINGHAM LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (601) 961-4466
E-Mail: acannady@balch.com

*Attorneys for Defendant*

/s/ *Nick Norris*
Nick Norris (MS Bar#101574)
Louis H. Watson, Jr. (MS Bar#9053)
WATSON & NORRIS PLLC
1880 Lakeland Drive, Suite G
Jackson, MS 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
E-mail: louis@watsonnorris.com

*Attorneys for Plaintiff*