IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOYCE P. MELAH**                                                                               **PLAINTIFF**

**VS.**                          **CIVIL ACTION NO. 1:20-CV-181-HSO-RPM**

**E-FIRE SOUTHERN, INC.**                                                **DEFENDANT**

## AGREED ORDER OF DISMISSAL

Having been advised that the Plaintiff Boyce P. Melah and Defendant E-Fire Southern, Inc., have reached a full and final resolution of all claims asserted in the Complaint, the Court hereby orders that this case should be and hereby is dismissed with prejudice, each party bearing its own costs.

SO ORDERED this the 12th day of April, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**Prepared By**:

s/ *Ashley Eley Cannady*
Ashley Eley Cannady (MS Bar No. 101253)
BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
Facsimile: (866) 230-9968
acannady@balch.com

**Approved By:**

s/ *Nick Norris*
Nick Norris (MS Bar No. 101574)
Louis H. Watson, Jr. (MS Bar No. 9053)
WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com