# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOYCE P. MELAH** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:20cv181-HSO-RPM** |
| | § | |
| **E-FIRE SOUTHERN, INC.** | § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Agreed Order of Dismissal entered this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties, with each party bearing its own costs.

**SO ORDERED** this the 12th day of April, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE